**Entered: March 01, 2005**
**Signed: February 28, 2005**
**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In Re:                                    *

Health Management Resources, Inc.          *       Case No.   05-12871NVA

                                           *       Chapter    11

                                           *

Debtor(s)                                  *

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT
### BE DISMISSED WITH PREJUDICE
### FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated February 10, 2005, the above-captioned Debtor(s) was/were admonished to file:

__X__ Statement of Financial Affairs

__X__ Schedules  A  B  G  H

_____ Corrected typewritten matrix

__X__ Other: Summary of Schedules

within fifteen (15) days. Debtor(s) has/have failed to comply with said Order. This failure creates a presumption of unreasonable delay and abuse of process. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor(s) show cause, if any there be, by the date designated above, in a writing filed with the Clerk of the United States Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770, why this case should not be dismissed, pursuant to 11 U.S.C. § 1112 (b), for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case without further notice.

cc:  Debtor(s)
     Debtor(s)' Attorney - Leonard Tober
     U.S. Trustee
     All Creditors and
        Parties in Interest

SC-39.2 --  10/24/03pn

**End of Order**