

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In Re:                                             *

Health Management Resources, Inc.         *       Case No.    05-12871NVA

                                                           *       Chapter     11

                                                           *

            Debtor(s)                          *

### ORDER DIRECTING DEBTOR(S)' COUNSEL
### TO REFUND ALL FEES

Leonard Tober filed an appearance as counsel for the Debtor(s) on February 9, 2005. However, said counsel has not filed the required Fed.R.Bankr.P. 2016(b) disclosure statement of compensation. By Order entered on February 10, 2005, said counsel was directed to comply with Local Bankruptcy Rule 2016(b) by filing a disclosure statement within eight (8) days. Counsel has failed to comply with that Order.

Therefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Leonard Tober refund all fees collected in this matter to the Debtor(s) within fourteen (14) days after the date of this order.

cc:    Debtor(s)
        Debtor(s)' Attorney
        U.S. Trustee
        Case Trustee

Fee-11.9 -- 6/23/03pn

**End of Order**