UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In Re: Health Management Resources, Inc.            Case: 05-12871NVA
Debtor            Chapter 11

# DISCLOSURE COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal Services , I have agreed to accept        $3.5000.00
     Prior to the filing of this statement I have received        $3,5000.00
     Balance Due        $    .00

2. The source of compensation paid to me was:

     [x] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me was:

     [x] Debtor        [ ] Other (specify)

4. [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal services for the following:

a) Analysis of the debtor's financial situation, rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;
c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d) Representation of the debtor in adversary proceedings and other bankruptcy matters;
e) [Other provisions as needed]

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

     None

**Certification**
**I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor (s) in this bankruptcy proceeding.**

Dated:   March 8, 2005

**Health Management Resources, Inc.**
**By:**
 /s/ Rudolph Coleman, President          / s/ Leonard Tober
**Signature of Debtor**          Leonard Tober, Esquire Fed Bar 02277
         Weinstock, Friedman & Friedman, P.A.
         Attorney for Debtor