**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

---

Case No.: 05–12871 – NVA      Chapter: 7

Health Management Resources, Inc.

---

Dated: 3/29/05

Dear Sir/Madam:

   In keeping with the practice of this office, we are hereby notifying you that the parties listed below have not received a copy of the following:

- ☑ 341 meeting notice
- ☐ Notice of Hearing
- ☐ Order

due to the following reasons:

- ☐ Insufficient/incomplete address on mailing matrix
- ☑ Returned, undeliverable
- ☐ Forwarding order expired

   In compliance with Local Bankruptcy Rules 1007–1 and 1007–3, it is the responsibility of the debtor to provide current mailing addresses for creditors listed on the petition. The address provided to the court is incorrect and cannot be used for future noticing purposes. Please submit an amendment to your matrix and a certification of completed mailing of the above–noted document to guarantee that due process is served.

Insufficient addressee(s):

Chesapeake Consulting Inc.
10400 Eaton Place
Ste. 105
Fairfax, VA 22030–2225

                          Sincerely,

                          *klitschgi*
                          Deputy Clerk