

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

In re:  HEALTH MANAGEMENT RESOURCES          Case No. 05-1-2871
                                            *
    Debtor.                              *           Chapter 7
                                            *
*************************************************************************

<u>**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ADAM
M. FREIMAN, ESQUIRE AND SIRODY, FREIMAN & FELDMAN, P.C. AS
SPECIAL COUNSEL TO THE TRUSTEE**</u>

UPON CONSIDERATION of the *Application for Entry of an Order Authorizing The Retention and Employment of Adam M. Freiman, Esquire and Sirody, Freiman & Feldman, P.C. As Special Counsel to the Trustee* (the "Application") filed by the Debtor and any response thereto / there being no response thereto, and it appearing that such employment is in the best interest of the creditors and the Estate, and that such counsel represent no interests adverse to the Estate, it is, by the United States Bankruptcy Court for the District of Maryland, Baltimore Division hereby

**ORDERED**, that the Chapter 7 Trustee be authorized to employ Adam M.

Freiman, Esquire and Sirody, Freiman & Feldman, P.C. as Special Counsel to the Trustee and to perform such professional and para-professional legal services as are necessary or desirable for the administration of the legal malpractice claim held by the Estate; and it is further

**ORDERED**, that the allowance and payment of fees and expenses shall be as described in the Application, subject to approval of this Court.

IT IS SO ORDERED.

Cc:

Chapter 7 Trustee

Debtor's Counsel

United States Trustee

END OF ORDER