THE ENGAGEMENT LETTER BETWEEN INVOTEX AND WEINSTOCK, FRIEDMAN AND FRIEDMAN ("WFF") WAS NOT ATTACHED PER PARAGRAPH 8 OF THE AFFIDAVIT AND THE RELATIONSHIP BETWEEN INVOTEX AND WFF, WAS NOT DISCLOSED OR EXPLAINED.

Date signed June 14, 2007



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (GREENBELT DIVISION)

| | |
|---|---|
| In re: | ) |
| | ) |
| Health Management Resources, Inc. | ) Case No. 05-12871-WIL |
| | ) |
| | ) (Chapter 7) |
| | ) |
| Debtor | ) |
| | ) |

**ORDER APPROVING APPLICATION FOR AUTHORITY TO EMPLOY INVOTEX GROUP AS FINANCIAL ADVISORS TO SPECIAL COUNSEL TO THE TRUSTEE**

Upon the Application of the Chapter 7 Trustee (the "Trustee") of Health Management Resources, Inc. (the "Debtor") in the above captioned case for entry of an order pursuant to Rule 2014(a) of Title 11 of the United States Code (the "Bankruptcy Code") for authority to employ Invotex Group ("Invotex") as financial advisor to Special Counsel to the Trustee; and upon the affidavit of Neil H. Demchick, a managing director of Invotex; and upon the Court finding that the consultants of Invotex represent no interest adverse in connection with this Case and that

they are disinterested persons as that term is defined in Section 101(14) of the Bankruptcy Code; and upon further finding that the employment of Invotex is necessary and would be in the best

interests of the Debtor; and it appearing that due notice of the Application has been given to the Debtor, Special Counsel, the Office of the United States Trustee and that no other or further notice need be given; and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Application is Granted.

2. In accordance with Rule 2014(a) of the Bankruptcy Rules, the Trustee is authorized to employ Invotex as financial advisors to Special Counsel.

3. Invotex shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable from time to time, and such procedures as may be fixed by order of this Court.

Cc:
Case Trustee
US Trustee
Adam M. Freiman, Esquire

END OF ORDER

