IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **Health Management Resources, Inc.** | * | Case No: 05-12871 - WIL |
| | * | |
| **Debtor** | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED BY INVOTEX GROUP AS FINANCIAL ADVISORS TO SPECIAL COUNSEL TO THE TRUSTEE FOR PERIOD OF MAY 7, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: "Applicant" | Invotex Group, Inc. or |
| Authorized to Provide Professional Services to: Trustee | Special Counsel to the |
| Date of Retention: | May 7, 2007 |
| Period for which compensation and reimbursement is sought: October 31, Period") | May 7, 2007, through 2007 (the "Application |
| Amount of Compensation sought as actual, reasonable and necessary: | $31,601.45 |
| Amount of Fee Period Compensation Previously Paid Pursuant to the Court's Administrative Order (the "Administrative Order") | $0.00 |
| Amount of Expenses Reimbursement sought as actual, | $555.65 |

reasonable and necessary:

      Amount of Fee Period Expense Reimbursement    $0.00
      Previously Paid Pursuant to the Order.

This is an ___monthly X interim ___final application

Is the time spent preparing the monthly fee applications included in the total hours described in the Fee Application?  __ Yes X No. (Fee Statements only)

| | |
|---|---|
| Name of the Firm/Party in Interest: | Invotex Group |
| Interim Fee(s) Previously Allowed: | $0.00 |
| Interim Fee(s) Previously Sought: | $0.00 |
| Retainer Received: | $5,000.00 |
| Interim Expenses Previously Allowed: | $0.00 |
| Interim Expenses Previously Sought: | $0.00 |