IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN H. GREENFELD, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. L-06-3241 |
| WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A., et al., | * | |
| Defendants. | * | |

*************

## ORDER

For the reasons stated in the Memorandum of even date, the Court hereby:

(i) GRANTS Plaintiff's Motion to Amend the Complaint;

(ii) DENIES Plaintiff's Motion to Abstain and Remand;

(iii) DENIES Defendant PPLS's Motion to Dismiss without prejudice;

(iv) REFERS this lawsuit to Judge Lipp of the Bankruptcy Court of the District of Maryland; and

(v) DIRECTS the Clerk to close the case.

Dated this 18th day of September, 2007.

_____/s/_____
Benson Everett Legg
Chief Judge