CLOSED

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:06-cv-03241-BEL

| | |
|---|---|
| Greenfeld v. Weinstock, Friedman & Friedman, P.A. et al | Date Filed: 12/01/2006 |
| Assigned to: Chief Judge Benson Everett Legg | Date Terminated: 09/19/2007 |
| Case in other court: CC for PG County, CAL06-21854 | Jury Demand: Plaintiff |
| Cause: 28:1441 Petition for Removal- Contract Dispute | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Steven H. Greenfeld**  represented by  **A Dwight Pettit**
*Trustee for the Bankruptcy Estate of*   A Dwight Pettit PA
*Health Management Resources, inc.*   3606 Liberty Heights Ave
  Baltimore, MD 21215
  14107646600
  Fax: 14106647520
  *TERMINATED: 04/25/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Adam M Freiman**
  Sirody Freiman and Feldman PC
  1777 Reisterstown Rd Ste 360 East
  Pikesville, MD 21208
  14104150445
  Fax: 14104150744
  Email: adamfreiman@gmail.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Weinstock, Friedman & Friedman,**  represented by  **Deborah Murrell Whelihan**
**P.A.**   Jordan Coyne and Savits LLP
  1100 Connecticut Ave NW Ste 600
  Washington, DC 20036
  12024962810
  Fax: 12024962800
  Email: d.whelihan@jocs-law.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Pre-Paid Legal Services, Inc.** | represented by | **Bruce L Marcus**<br>Marcus Bonsib LLC<br>6411 Ivy Ln Ste 116<br>Greenbelt, MD 20770<br>13014413000<br>Fax: 13014413003<br>Email: bmarcus@marcusbonsib.com<br>*LEAD ATTORNEY*<br><br>**Joseph Anthony Compofelice, Jr.**<br>Marcus Bonsib LLC<br>6411 Ivy Ln Ste 116<br>Greenbelt, MD 20770<br>13014413000<br>Fax: 13014413003<br>Email: compofelice@marcusbonsib.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2006 | 1 | NOTICE OF REMOVAL from the Circuit Court for Prince George's County, Maryland, case number CAL06-21854. ( Filing fee $ 350 receipt number 84637007593), filed by Weinstock, Friedman & Friedman, P.A. (Attachments: # 1 Civil Cover Sheet)(elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/01/2006 | 3 | Jury Trial Demand by Steven H. Greenfeld. (elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/01/2006 | 2 | COMPLAINT against Weinstock, Friedman & Friedman, P.A., Pre-Paid Legal Services, Inc., filed by Steven H. Greenfeld. (Attachments: # 1 Civil-Non Demestic Case Information Report)(elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/01/2006 | 4 | Summons Issued 30 days as to Weinstock, Friedman & Friedman, P.A. (elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/01/2006 | 5 | Certification of Filing of State Court Papers (elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/01/2006 | 6 | NOTICE of Filing Notice of Removal by Weinstock, Friedman & Friedman, P.A. (Attachments: # 1 Bankruptcy Clerk Cover Letter notifying of removal)(elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/01/2006 | | The above pleadings, #2 through #6, are copies of filings in the Circuit Court for Prince George's County, Maryland (elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/01/2006 | 7 | ANSWER to Complaint by Weinstock, Friedman & Friedman, P.A.(elt, |

|  |  |  |
|---|---|---|
|  |  | Deputy Clerk) (Entered: 12/05/2006) |
| 12/05/2006 |  | Deficiency Notice -- Your Local Rule 103.3 disclosure statement has not been filed.The Statement must be filed by 12/14/2006 (elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/05/2006 | 8 | Correspondence re: CM/ECF electronic filing registration. (c/m 12/5/06) (elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/05/2006 | 9 | STANDING ORDER Re: Removal. Signed by Judge Benson Everett Legg on 12/5/2006. (elt, Deputy Clerk) (Entered: 12/05/2006) |
| 12/12/2006 | 10 | RESPONSE re 9 Order *of December 5, 2006 Concerning Removal* filed by Steven H. Greenfeld. (Freiman, Adam) (Entered: 12/12/2006) |
| 12/12/2006 | 11 | Local Rule 103.3 Disclosure Statement by Steven H. Greenfeld. (Freiman, Adam) (Entered: 12/12/2006) |
| 12/12/2006 | 12 | Local Rule 103.3 Disclosure Statement by Weinstock, Friedman & Friedman, P.A.. (Whelihan, Deborah) (Entered: 12/12/2006) |
| 12/14/2006 | 13 | RESPONSE re 9 Order *Concerning Removal* filed by Weinstock, Friedman & Friedman, P.A.. (Whelihan, Deborah) (Entered: 12/14/2006) |
| 12/15/2006 | 14 | (FILED IN ERROR, COUNSEL WILL REFILL) MOTION for Leave to File *Amended Complaint* by Steven H. Greenfeld. Responses due by 1/2/2007 (Attachments: # 1 Text of Proposed Order # 2 Exhibit Proposed Amended Complaint# 3 Request for A Hearing)(Freiman, Adam) Modified on 12/18/2006 (slf, Deputy Clerk). (Entered: 12/15/2006) |
| 12/21/2006 | 15 | MOTION for Leave to File *Amended Complaint* by Steven H. Greenfeld. Responses due by 1/8/2007 (Attachments: # 1 Text of Proposed Order # 2 Exhibit Comparison Copy of Amended Complaint# 3 Exhibit First Amended Complaint ("clean copy"# 4 Exhibit Proposed Summons for Defendant Richardson)(Freiman, Adam) (Entered: 12/21/2006) |
| 12/31/2006 | 16 | MOTION to Remand to State Court by Steven H. Greenfeld. Responses due by 1/17/2007 (Attachments: # 1 Supplement Memorandum of Law# 2 Supplement Request For A Hearing# 3 Text of Proposed Order # 4 Exhibit A)(Freiman, Adam) (Entered: 12/31/2006) |
| 01/03/2007 | 17 | MOTION to Dismiss *Complaint* by Pre-Paid Legal Services, Inc.. Responses due by 1/22/2007 (Attachments: # 1 Memorandum of Law# 2 Exhibit A)(Compofelice, Joseph) (Entered: 01/03/2007) |
| 01/04/2007 | 18 | Local Rule 103.3 Disclosure Statement by Pre-Paid Legal Services, Inc. identifying N/A as Corporate Parent.. (Compofelice, Joseph) (Entered: 01/04/2007) |
| 01/05/2007 | 19 | NOTICE of Appearance by Joseph Anthony Compofelice, Jr on behalf of Pre-Paid Legal Services, Inc. (Compofelice, Joseph) (Entered: 01/05/2007) |
| 01/05/2007 | 20 | NOTICE of Appearance by Bruce L Marcus on behalf of Pre-Paid Legal Services, Inc. (Marcus, Bruce) (Entered: 01/05/2007) |

| | | |
|---|---|---|
| 01/12/2007 | 21 | RESPONSE in Opposition re 16 MOTION to Remand to State Court filed by Weinstock, Friedman & Friedman, P.A..Replies due by 1/26/2007. (Attachments: # 1 Supplement Memorandum of Reasoning and Authorities In Support of Response In Opposition To Plaintiff's Motion To Abstain And Remand# 2 Exhibit Exhibit A (Chart CC-3.17 from the Maryland Judiciary 2004-2005 Statistical Report# 3 Text of Proposed Order Order, denying Plaintiff's Motion To Abstain and Remand)(Whelihan, Deborah) (Entered: 01/12/2007) |
| 01/14/2007 | 22 | RESPONSE in Opposition re 17 MOTION to Dismiss *Complaint* by Steven H. Greenfeld. (Attachments: # 1 Supplement Request for Hearing# 2 Affidavit Affidavit of Counsel# 3 Text of Proposed Order)(Freiman, Adam) (Entered: 01/14/2007) |
| 03/07/2007 | 23 | MOTION to Withdraw as Attorney *filed by A. Dwight Petit* by Steven H. Greenfeld. Responses due by 3/26/2007 (Attachments: # 1 Text of Proposed Order)(Freiman, Adam) (Entered: 03/07/2007) |
| 04/25/2007 | 24 | PAPERLESS ORDER granting 23 Motion to Withdraw as Attorney. Attorney A Dwight Pettit terminated. Signed by Judge Benson Everett Legg on 4/25/07. (slf, Deputy Clerk) (Entered: 04/25/2007) |
| 09/19/2007 | 25 | MEMORANDUM OPINION. Signed by Judge Benson Everett Legg on 9/18/07. (slf, Deputy Clerk) (Entered: 09/19/2007) |
| 09/19/2007 | 26 | ORDER granting 15 Motion of plaintiff for Leave to File Amended Complaint; denying 16 Motion of plaintiff to Abstain and Remand to State Court; denying 17 defendant PPLS's Motion to Dismiss without prejudice; Refers this lawsuit to Judge Lipp of the Bankruptcy Court of the District of Maryland and Directs the Clerk to CLOSE this case. Signed by Judge Benson Everett Legg on 9/18/07. (slf, Deputy Clerk) (Entered: 09/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/18/2008 11:29:54 | | | |
| **PACER Login:** | ub0046 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-03241-BEL |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |