

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| | * | |
| **Health Management Resources, Inc.** | * | **Case No: 05-12871-WIL** |
| | * | |
| Debtor | * | **Chapter 7** |
| | * | |

* * * * * * * * * * * *

**ORDER GRANTING SECOND APPLICATION OF INVOTEX GROUP AS
FINANCIAL ADVISORS TO SPECIAL COUNSEL TO THE TRUSTEE FOR
ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
NOVEMBER 1, 2007 THROUGH APRIL 15, 2009**

Upon consideration of the Second Interim Fee Application of Invotex Group as Financial Advisors to Special Counsel for Allowance of Second Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of November 1, 2007 through April 15, 2009 (the "Application"), adequate and proper notice having been given, any objections having been addressed or resolved, and it

appearing that the compensation requested is reasonable and a benefit to these estates, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed in the amount of **$45,398.35** as compensation for services rendered and **$176.41** as reimbursement of expenses incurred during the period of November 1, 2007 through April 15, 2009, and it is further:

**ORDERED**, that the Trustee be, and hereby is, upon entry of this Order, authorized to release and deliver to Invotex the sum of **$45,574.76** as compensation for Invotex's services and expenses.

Adam M. Freiman
Sirody, Freiman & Feldman, P.C.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
Special Counsel to Trustee

Steven H. Greenfeld
Cohen, Baldinger & Greenfeld, LLC
7910 Woodmont Avenue
Suite 760
Bethesda, MD 20814
Trustee

Office of U.S. Trustee
Attn: Lyn A. Kohen
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Leonard Tober
Law offices of A.P. Pishevar & Associate
600 E. Jefferson Street
Suite 316
Rockville, MD 20852

Neil H. Demchick
Invotex Group
1637 Thames Street
Baltimore, MD 21231

**END OF ORDER**