# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL 60601
Phone: 312-263-0052   Fax: 312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 342659 | 3/30/2010 | 363343 |
| Job Date | Case No. | |
| 3/15/2010 | 08-47 | |
| Case Name | | |
| Greenfeld, Steven H. vs. Weinstock, Friedman | | |
| Payment Terms | | |
| Net 30 | | |

Gary Poretsky
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Commercentre East
Baltimore, MD  21208

1 COPY OF TRANSCRIPT OF:
  Steven Greenfeld

63.00 Pages  @  3.35    211.05

**TOTAL DUE >>>**    **$211.05**

Deposition taken in Greenbelt, MD
Transcript Previously Delivered
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Gary Poretsky
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Commercentre East
Baltimore, MD  21208

Job No.    : 363343            BU ID      : Z - D.C.
Case No.   : 08-47
Case Name  : Greenfeld, Steven H. vs. Weinstock, Friedman

Invoice No. : 342659           Invoice Date : 3/30/2010
**Total Due** : $ 211.05

Remit To: **McCorkle Court Reporters, Inc.**
        **200 North LaSalle Street**
        **Suite 300**
        **Chicago, IL  60601**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:             Card Security Code:
Amount to Charge:
Cardholder's Signature:

MISTY KLAPPER & ASSOCIATES
7900 Andrus Road
Suite 11
Alexandria, VA 22306
(703) 780-9559  Fax (703) 780-9632

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 48672 | 04/05/2010 | 01-12096 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 03/31/2010 | KLAPMI | |
| CASE CAPTION | | |
| Health Management v. Weinstock | | |
| TERMS | | |
| Due upon receipt | | |

Gary Poretsky, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Bruce Richardson                                              418.55

                                         TOTAL  DUE  >>>>      418.55

*[handwritten: Pd check 3602 4/30/10]*

TAX ID NO.: 54-1740020                    (410) 415-0445  Fax (410) 415-0744

*Please detach bottom portion and return with payment.*

Gary Poretsky, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

```
Invoice No.:  48672
Date       :  04/05/2010
TOTAL DUE  :     418.55


Job No.    :  01-12096
Case No.   :
Health Management v. Weinstock
```

Remit To:  MISTY KLAPPER & ASSOCIATES
           7900 Andrus Road
           Suite 11
           Alexandria, VA 22306

MISTY KLAPPER & ASSOCIATES
7900 Andrus Road
Suite 11
Alexandria, VA 22306
(703) 780-9559   Fax (703) 780-9632

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 48699 | 04/19/2010 | 01-12111 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/14/2010 | KLAPMI | |

| CASE CAPTION |
|---|
| Greenfeld v. Weinstock, Friedman |
| **TERMS** |
| Due upon receipt |

Adam Freiman, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Michael Smigocki                                              534.80
                                                              ---------
                                       TOTAL   DUE   >>>>         534.80

Demchick enclosed with package - billing to McCorkle
```

TAX ID NO.: 54-1740020                              (410) 415-0445    Fax (410) 415-0744

*Please detach bottom portion and return with payment.*

Adam Freiman, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

```
Invoice No.:  48699
Date       :  04/19/2010
TOTAL DUE  :      534.80


Job No.    :  01-12111
Case No.   :
Greenfeld v. Weinstock, Friedman
```

Remit To:   **MISTY KLAPPER & ASSOCIATES**
            **7900 Andrus Road**
            **Suite 11**
            **Alexandria, VA 22306**

MISTY KLAPPER & ASSOCIATES
7900 Andrus Road
Suite 11
Alexandria, VA 22306
(703) 780-9559   Fax  (703) 780-9632

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 48747 | 05/05/2010 | 01-12139 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/27/2010 | KLAPMI | |
| **CASE CAPTION** | | |
| Greenfeld v. Weinstock | | |
| **TERMS** | | |
| Due upon receipt | | |

Adam Freiman, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Sidney Friedman                                              335.30
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Leonard Tober                                                395.30
                                                                 ------
                                  TOTAL  DUE   >>>>              730.60
```

TAX ID NO.: 54-1740020                                  (410) 415-0445   Fax (410) 415-0744

*Please detach bottom portion and return with payment.*

Adam Freiman, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

```
Invoice No.:  48747
Date       :  05/05/2010
TOTAL DUE  :     730.60


Job No.    :  01-12139
Case No.   :
Greenfeld v. Weinstock
```

Remit To:   **MISTY KLAPPER & ASSOCIATES**
            **7900 Andrus Road**
            **Suite 11**
            **Alexandria, VA 22306**

# INVOICE

McCorkle Court Reporters, Inc.
200 North LaSalle Street
Suite 300
Chicago, IL  60601
Phone:312-263-0052   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 350810 | 5/28/2010 | 366843 |
| Job Date | Case No. | |
| 4/28/2010 | 08-47 | |
| Case Name | | |
| Greenfeld, Steven H. vs. Weinstock, Friedman | | |
| Payment Terms | | |
| Net 30 | | |

Gary Poretsky
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Commercentre East
Baltimore, MD  21208

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | |
| Rudolph Coleman | 349.00 Pages | @ | 3.35 | 1,169.15 |
| Exhibits, copied | 97.00 Copies | @ | 0.50 | 48.50 |
| Condensed Transcript | | | 45.00 | 45.00 |
| Delivery & Handling | | | 14.00 | 14.00 |
| | | **TOTAL DUE >>>** | | **$1,276.65** |

Deposition taken in Greenbelt, MD
Transcript Previously Delivered
Thank you. We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Gary Poretsky
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Commercentre East
Baltimore, MD  21208

Job No.     : 366843           BU ID       :Z - D.C.
Case No.    : 08-47
Case Name   : Greenfeld, Steven H. vs. Weinstock, Friedman

Invoice No. : 350810           Invoice Date : 5/28/2010
**Total Due  : $ 1,276.65**

Remit To: **McCorkle Court Reporters, Inc.**
**200 North LaSalle Street**
**Suite 300**
**Chicago, IL  60601**

| PAYMENT WITH CREDIT CARD |  |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:             Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

MISTY KLAPPER & ASSOCIATES
7900 Andrus Road
Suite 11
Alexandria, VA 22306
(703) 780-9559   Fax (703) 780-9632

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 48723 | 04/29/2010 | 01-12125 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/29/2010 | KLAPMI | |
| CASE CAPTION | | |
| HMR v. Weinstock | | |
| TERMS | | |
| Due upon receipt | | |

Adam Freiman, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kathleen Pinson                                              434.00

                                    TOTAL  DUE  >>>>            434.00
```

TAX ID NO.: 54-1740020                           (410) 415-0445   Fax (410) 415-0744

*Please detach bottom portion and return with payment.*

Adam Freiman, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360E
Baltimore, MD 21208

```
Invoice No.:  48723
Date       :  04/29/2010
TOTAL DUE  :     434.00


Job No.    :  01-12125
Case No.   :
HMR v. Weinstock
```

Remit To:   **MISTY KLAPPER & ASSOCIATES**
            **7900 Andrus Road**
            **Suite 11**
            **Alexandria, VA 22306**